■ Jack P. Blanck, Respondent, v. Ashford Estates, Inc., et al., Appellants, et al., Defendants.— Appeal from an order denying appellants' motion to extend their time to answer the complaint. Order reversed, without

costs, and motion granted. Appellants are to serve their answers within ten days after the entry of the order hereon. Under the circumstances disclosed in the record, appellants should have been given an opportunity to defend the action. Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.